# Exhibit

# A

**U.S. Department of Labor**

Wage and Hour Division
Louisville District Office
600 Dr. Martin Luther King, Jr. Place
Room 352
Louisville, KY 40202
Telephone 502-321-3253
Email: Madison.derek@dol.gov



<u>CERTIFIED MAIL RETURN RECEIPT REQUESTED</u>: # 7019 2970 0002 0393 1775

02/21/2023

Attention: Mr. David Ross.
Triple R Farms LLC
2947 Robinson Renaker
Berry, Kentucky 41003

**Subject:** **Notice of Determination of Wages Owed, Assessing Civil Money Penalties.**

Case Reference Number: 1952634

Subject: Triple R Farms LLC.

An investigation conducted by this office of Triple R Farms LLC, relating to the requirements applicable to the employment of H-2A and other workers under the Immigration and Nationality Act (INA) as amended by the Immigration Reform and Control Act (IRCA) (8 U.S.C. §§ 1101(a)(15)(H)(ii)(a),1184(c) and 1188), in Berry, Kentucky, covering the period from 08/07/2020 – 02/20/2022 , disclosed that the Employer Parties failed to comply with Section 218 of the INA and applicable regulations at 20 C.F.R. part 655 and 29 C.F.R. part 501.

As a consequence of these H-2A violations, **$27,718.43** in unpaid wages is owed to 13 workers. The specific violations and the wages owed associated with them are set forth in the attached matrix entitled *Summary of Violations*.

In addition, pursuant to Section 218(g)(2) of the INA and its implementing regulations at 29 C.F.R. part 501, civil money penalties are hereby assessed in the amount of **$42,331.5.50** *See* 29 C.F.R. § 501.19.  The specific violations and the civil money penalties associated with them are set forth in the attached matrix entitled *Summary of Violations*.

The full amount reflected above in the sum of **$27,718.43** in back wages and **$42,331.50** in CMPs is due and payable within 30 days to "Wage and Hour Division, U.S. Department of Labor." **Payments should be made online by ACH transfer, credit card, debit card, or digital wallet by going to https://pay.gov/public/form/start/75522411 or by going to www.pay.gov and searching "WHD CMP Payment - SE Region**

Payments by two certified checks or money orders should be delivered or mailed to:

U.S. Department of Labor
Wage and Hour Division
U.S. Department of Labor, WHD, Southeast Regional Office,
U.S. Department of Labor - Wage and Hour,
61 Forsyth Street SW, Room 7M80,
Atlanta, GA  30303.

The dollar amount(s) reflected above constitute(s) a debt owed to the Federal government.  This debt is subject to the assessment of interest, administrative cost charges and penalties in accordance with the Debt Collection Act of 1982, and departmental policies.  Interest will be assessed at the Treasury Tax and Loan Account Rate on any balance outstanding from the date of this notice, accruing from the notice date.  Administrative cost charges will be assessed to help defray the Government's cost of collecting this debt.  A penalty at the rate of 6% will be assessed on any portion of the debt remaining delinquent for more than 90 days.  In order to avoid these charges, forward payments to the office listed above by the indicated due date.

The regulation at 29 C.F.R. § 501.20 provides for debarment from future labor certifications for a prescribed period of time for failure to pay the assessed back wages and civil money penalties by the indicated date due.

APPEAL RIGHTS

Triple R Farms LLC has the right to request a hearing on this determination. Such a request must be dated, be typewritten or legibly written, specify the issue(s) stated in this notice of determination on which a hearing is requested, state the specific reason(s) why the requestor believes this determination to be in error, be signed by the requestor or by an authorized representative, and include the address at which the requestor or the authorized representative desires to receive further communications relating to the hearing request.

The request must be made and received within 30 days from the date of this letter by the **Louisville District office, Wage and Hour Division, U.S. Department of Labor, located at**

2

**600 Dr. Martin Luther King Jr. Place Room 352 Louisville Kentucky 40202.** Requests for a hearing may be made by certified mail or by means normally assuring overnight delivery.

If Triple R Farms LLC does not make a timely request, this determination will become a final order of the Secretary of Labor and may no longer be appealed. The timely filing of an administrative appeal stays the determination pending the outcome of the appeal proceedings.

When a request for a hearing is filed with the Administrator, the matter is referred to the Chief Administrative Law Judge. A formal hearing is then scheduled for a final determination with respect to the alleged violations. At such hearing you may, by yourself or through an attorney retained by you, present such witnesses, introduce such evidence and establish such facts as you believe will support your position.

The fact that the above sanctions and remedies are being imposed for the H-2A violations found at this time does not preclude the taking of other enforcement action as is deemed appropriate by the Department of Labor, or the additional assessments of back wages or civil money penalties for violations of the H-2A provisions found at some future time. Such other enforcement action may include the pursuit of unpaid wages, injunctive action, specific performance of the work contract, and denial or revocation of temporary alien agricultural labor certification.

Copies of Section 218 of INA and Regulations, 20 C.F.R part 655 and 29 C.F.R. part 501 are also enclosed for your reference and assistance.

Finally, we wish to point out that there may be a question as to the deductibility of civil money penalties paid as a business expense under the Internal Revenue Code. In this regard, you may wish to contact the Internal Revenue Service.

Sincerely,

Derek Madison

DEREK MADISON

Digitally signed by DEREK MADISON
Date: 2023.02.21 15:18:16 -05'00'

Enclosures:    Section 218, INA
               Reg. 655/501
               Summary of Violations

3

cc:     Regional Administrator
        Wage and Hour Division
        U.S. Department of Labor
        61 Forsyth Street SW, Room 7M40,
        Atlanta, GA  30303.

        Associate Regional Solicitor
        U.S. Department of Labor
        618 Church Street, Suite 230
        Nashville, TN 37219

U.S. Department of Labor
Wage and Hour Division

| | |
|---|---|
| Case ID: | 1952634 |
| Act: | H-2A |
| EIN: | 32-0203594 |
| Name: | Triple R Farms LLC |
| Employer address: | 2947 Robinson Renaker Road |
| | Berry, KY 41003 |

Unpaid Wages
Amount Due:          **$27,718.43**

Civil Money
Penalty Amount
Due:                      **$42,331.50**

**THIS SHEET MUST BE INCLUDED WITH PAYMENT**

**YOU MUST WRITE YOUR TAX ID ON YOUR CHECK**

MAIL TO:

U.S. Department of Labor
Wage and Hour Division
U.S. Department of Labor
61 Forsyth Street SW, Room 7M40,
Atlanta, GA  30303.

| | |
|---|---|
| Amount paid: | $ |
| Date of payment: | |
| Check number: | |
| Signature: | |

- - Regional Office Copy - -

5

U.S. Department of Labor
Wage and Hour Division

| | |
|---|---|
| Case ID: | 1952634 |
| Act: | H-2A |
| EIN: | 32-0203594 |
| Name: | Triple R Farms LLC |

Employer address: 2947 Robinson Renaker Road
Berry, KY 41003

Unpaid Wages
Amount Due:   **$27,718.43**

Civil Money
Penalty Amount
Due:   **$42,331.50**

### YOU MUST RETURN THIS SHEET TO THE ASSESSING OFFICE

MAIL TO:

U.S. Department of Labor
Wage and Hour Division
600 Dr. Martin Luther King Jr. Place
Room 352
Louisville, Kentucky 40202

Amount paid:   $ _____
Date of payment: _____
Check number: _____
Signature: _____

- - District Office Copy - -

6

## Summary of Violations

| Regulatory Requirement Violated | Summary Description (U.S. Worker Protections) | Unpaid Wages Owed | Civil Money Penalty |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Regulatory Requirement Violated | Summary Description (Disclosure) | Unpaid Wages Owed | Civil Money Penalty |
|---|---|---|---|
| | | | |
| | | | |

| Regulatory Requirement Violated | Summary Description (Wage-Related Violations) | Unpaid Wages Owed | Civil Money Penalty |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| 20 C.F.R § 655.122(h)(1) | Failure to comply with Inbound Transportation requirements. | $180.00 | $0 |

| | | | |
|---|---|---|---|
| | Specifically, the employer failed to compensate one employee for the cost of inbound transportation. | | |
| | | | |
| 20 C.F.R. § 655.122(i) | **Failure to comply with the three-fourths guarantee.**  Specifically, the investigation disclosed that the employer did not meet the ¾ guaranteed hours offered for 11 workers for the 2021. contract. | $26,786.64 | $13,497.00 |
| 20 C.F.R. § 655.122(l) | **Failure to pay the offered/required wage rate.**  Specifically, the investigation disclosed that the employer did not pay the required rate of pay during periods when the workers were paid piece rate and were performing other work such as cleaning and collecting tobacco from barns. The employer failed to record actual hours of work and subsequently failed to pay required rates of pay for actual hours worked. | $511.77 | $2454.00 |
| 20 C.F.R. § 655.122(p) | **Failure to comply with "deductions" requirement(s).**  Specifically, the investigation disclosed that [insert description of violation]. | $240.00 | $0.00 |
| | | | |
| | | | |
| ***Total Due for All Wage-Related Violations*** | | $27,718.43 | $15,951.00 |

| Regulatory Requirement Violated | Summary Description (Recordkeeping) | Unpaid Wages Owed | Civil Money Penalty |
|---|---|---|---|
| | | | |
| 20 C.F.R. § 655.122(j)(1) | **The employer failed to keep accurate and adequate records with respect to the workers earnings.**  Specifically, the investigation disclosed that during the period 10/18/2021 – 12/21/2021 the employer failed to record the nature of the work, the amount of work performed on all days, actual hours worked, time workers began and ended each day, accurate rates of pay and failed to record deductions made from earnings. | $0.00 | $8,180 |
| | | | |

8

| 20 C.F.R. § 655.122(k) | **The employer failed to comply with the pay statement requirements.** Specifically, the investigation revealed that the employer failed to provide pay statements containing Hourly rates of pay, actual hours worked, and itemization of deductions from wages. | $0.00 | $0.00 |
|---|---|---|---|

| Regulatory Requirement Violated | Summary Description (Housing) | Unpaid Wages Owed | Civil Money Penalty |
|---|---|---|---|
| 20 C.F.R. § 655.122(d)(1) | **Employer failed to provide or secure housing for those workers who are not reasonably able to return to their permanent residence at the end of the work day, without charge to the worker, that complies with the applicable housing safety and health standards**.  Specifically, the employer did not provide window screens, fire extinguishers, and operable smoke detectors in two of three housing units. | $0.00 | $0.00 |
| 20 C.F.R. § 655.122(d)(1) | **Failure to timely request a preoccupancy inspection of the housing or failure to obtain certification that housing met the applicable standards**.  Specifically, both job orders indicated that workers would be housed at 3190 Robinson Renaker Rd, KY, 41003. Only three of eleven workers were actually housed in the State Workforce Agency approved and inspected housing. | $0.00 | $2,454.00 |
| 20 C.F.R § 655.122(d)(6) | **Failed to notify State Workforce Agency of change in Certified Housing.** Specifically the employer failed to notify the State Workforce Agency of its intention to house workers at a site that had not been previously approved. | $0. | $0. |
| | | | |

| Regulatory Requirement Violated | Summary Description (Transportation) | Unpaid Wages Owed | Civil Money Penalty |
|---|---|---|---|

9

| | | | |
|---|---|---|---|
| 20 C.F.R. § 655.122(h)(3) | **Failure to provide transportation between the worker's living quarters and the employer's worksite without cost to the worker**. Specifically, the investigation disclosed that [insert description of violation]. | **$0.00** | **$0.00** |
| 20 C.F.R. § 655.122(h)(4) | **Failure to provide transportation in compliance with all applicable Federal, State, or local laws and regulations between the worker's living quarters and the employer's worksite without cost to the worker**. Specifically, the investigation disclosed that workers were required to utilize a 1987 Ford Econoline passenger van with a seating capacity of 8, to transport 11 workers on a daily basis for several years. The Investigation revealed that this van was utilized on public roads daily. In addition to the lack of safety belts for all passengers, the van was observed as having mechanical issues causing the vehicle to stall frequently. | **$0.00** | **$15,746.50** |

| Regulatory Requirement Violated | Summary Description (Legal Requirements) | Unpaid Wages Owed | Civil Money Penalty |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Regulatory Requirement Violated | Summary Description (H-2ALC Only Violations) | Unpaid Wages Owed | Civil Money Penalty |
|---|---|---|---|
| | | | |
| | | | |

| Total | | $27,718.43 | $42,331.5 |
|---|---|---|---|

10