**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

TRIPLE FARMS, LLC,                      )
                                        )
                                        )
    Plaintiff,                      )
                                        )
v.                                      )          NO. 5:26-CV-00087-REW-MAS
                                        )
UNITED STATES DEPARTMENT                )
OF LABOR, et al.,                       )
                                        )
                                        )
    Defendants.                     )

## ORDER

Pursuant Judge Wier's referral [DE 10], the Court **ORDERS** as follows:

1) **Within seven days of this Order**, the parties, by counsel, shall meet, either in person or by telephone, to develop a proposed briefing schedule, discovery plan, and hearing date.

2) **Within seven days after the meeting**, the parties shall file a joint status report containing:

   a) the discovery plan explaining what type of discovery, if any, is required, and the proposed limitations on the number of:

      i) requests for production;

      ii) interrogatories;

      iii) requests for admissions; and

      iv) depositions,

that each party shall be allowed;

b)  whether expert discovery will be required and the timeframe for expert discovery if needed;

c)  proposed deadlines for response and reply briefs;

d)  the parties' estimate as to the probable length of the preliminary injunction hearing; and

e)  the dates mutually convenient for a preliminary injunction hearing.

Entered this 20th of March, 2026.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY