**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

| | |
|---|---|
| **TRIPLE FARMS, LLC,** ) | |
| ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **NO. 5:26-CV-00087-REW-MAS** |
| ) | |
| **UNITED STATES DEPARTMENT** ) | |
| **OF LABOR, et al.,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Pursuant Judge Wier's referral [DE 10], the Court **ORDERS** as follows:

1) The Court will consolidate the hearing on the Motion for Preliminary Injunction with a hearing on the United States' Motion for Summary Judgment, resulting in a final resolution on the merits under Fed. R. Civ. P. 65(a)(2).  The Court expedites the parties' proposed schedule slightly to give the parties the best chance of having a resolution on an appeal prior to the administrative hearing date.

2) The United States' Response to the Motion for Preliminary Injunction and Cross-Motion for Summary Judgment shall be filed by April 23, 2026.

3) Plaintiff's Reply in Support of its Motion for Preliminary Injunction and Response the United States' Cross-Motion for Summary Judgment shall be filed by May 7, 2026.

4) The United States' Reply in Support of its Cross-Motion for Summary Judgment shall be filed by May 14, 2026.

5) This matter shall come before Judge Wier for a consolidated hearing on May 21, 2026, at 1:30 p.m. in Lexington.

6) The parties agree that the only issue before the Court is a legal dispute that does not require fact or expert discovery, therefore, the Court does not set any discovery deadlines.

Entered this 3rd of April, 2026.

MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY