UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| TRIPLE R FARMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | No. 5:26-CV-00087-REW-MAS |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| UNITED STATES DEPARTMENT OF | ) | |
| LABOR, *et al.*, | ) | |
| | ) | |
| Defendants. | | |

*** *** *** ***

The parties jointly move to limit the hearing on May 21, 2026, to the Motion for Preliminary Injunction, and hold in abeyance all other proceedings and deadlines—including Defendants' May 21, 2026, deadline to respond to Plaintiff's amended complaint—pending the Supreme Court's ruling in *U.S. Dep't of Lab. v. Sun Valley Orchards, LLC* ("*Sun Valley*"), No. 25-966, 2026 WL 1127242 (U.S. Apr. 27, 2026).  The Supreme Court granted *certiorari* in *Sun Valley* on the same key issues involved in Counts 1, 2, and 3 of Plaintiff's Amended Complaint. *See* DE 21 at 22-29.  Furthermore, the parties add that the Court need not consider the merits of Defendants' motion to dismiss, *see* DE 19, given Plaintiff's subsequent filing of an amended complaint, *see* DE 21.

Being sufficiently advised, the Court **DENIES** DE 19 as moot, **GRANTS** DE 24, **SETS ASIDE** the current deadlines, and **ORDERS** that the parties file a status report no later than 14 days following the Supreme Court's decision in *Sun Valley*.

This the 14th day of May, 2026.



Signed By:
*Robert E. Wier*
**United States District Judge**