UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CIVIL MINUTES – GENERAL

Case No.  5:26-CV-00087-REW-MAS          At  Lexington          Date  May 21, 2026

Triple R Farms, LLC v. United States Department of Labor et al

PRESENT:        HON. ROBERT E. WIER

_____Dulce Cornelius_____          _____Lauren Gootee_____
Deputy Clerk                      Court Reporter

**Attorney Present for Plaintiff:**          **Attorney Present for Defendants:**
Carl Wu                                      Tiffany Konwiczka Fleming, AUSA
Joseph A. Bilby                              Pardis Gheibi, DOJ
Robert E. Johnson

PROCEEDING:          **PRELIMINARY INJUNCTION HEARING (Evidentiary)**

The matter was called for a hearing on the Motion for Preliminary Hearing [DE 8]. The Court heard sworn testimony from one (1) Plaintiff witness. The Court deemed the briefs and any attachments part of the decisional record and listened to arguments from both sides.

Following presentation of evidence and arguments of counsel, the motion was **TAKEN UNDER ADVISEMENT**. The Court will issue a decision in due course.

Copies: COR                Initials of Deputy Clerk: dc          TIC:  1/32 min

Signed By:
_Robert E. Wier_  REW

United States District Judge